1  LAW OFFICES OF ALVIN L. PITTMAN
Alvin L. Pittman, Esq. (SBN. 127009)
2  5933 West Century Blvd., Suite 230
Los Angeles, CA  90045
3  Telephone:  (310) 337-3077
Facsimile:   (310) 337-3080
4

5

Attorneys for Plaintiff
6  Cheryl Piccirilli

7

8
                    UNITED STATES DISTRICT COURT
9
          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10

11  CHERYL PICCIRILLI,                    ) Case No. EDCV11-01053 SJO (QPx)
                                          )
12                                        )
              Plaintiff,                  ) **NOTICE OF SETTLEMENT**
13                                        )
        vs.                               )
14                                        )
                                          )
15  **THE HOME DEPOT U.S.A., INC., and**  )
    **DOES 1 THROUGH 20.**                )
16                                        )
              Defendant.                  )
17                                        )
                                          )
18                                        )
                                          )
19                                        )
20  _____

21
        TO THE CLERK AND DEFENDANT AND ITS ATTORNEYS OF
22
    RECORD:
23

24
        NOTICE IS HEREBY GIVEN that the parties in the above-entitled action
25
    have reached a settlement.  The parties are in the process of finalizing the settlement
26

27

28  M
                                          1
                         **NOTICE OF SETTLEMENT**

1  documents and request that the Court set an OSC re: dismissal within the next 30

2  days.

3

4  Dated: 4/10/12                    Respectfully submitted,

5

6

7  _____/s/_____
   ALVIN L. PITTMAN, ESQ.
8  Attorneys for Plaintiff
   Cheryl Piccirilli

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  M

                                    2
                    **NOTICE OF SETTLEMENT**

PROOF OF SERVICE

1013A (3) CCP Revised 5/1/88

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 5933 W. Century Boulevard, Suite 230, Los Angeles, California 90045.

On **April 10, 2012**, I served the foregoing document described as **NOTICE OF SETTLEMENT** on interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
 X  by placing  the original X   a true copy thereof enclosed in sealed envelopes addressed as follows:

Michael J. Sexton, Esq
Angela Pak, Esq.
OGLETREE, DEAKINS, NASH, ET AL
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA 92626

__   BY U.S. MAIL   _X_   FACSIMILE  @ 714-800-7900

I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal date of deposit for mailing affidavit.

 X  (BY PERSONAL SERVICE)  I caused such envelope to be delivered by hand to the office of the addressee.

 X  (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

  (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**Executed on April 10, 2012, at Los Angeles, California**.


ALVIN L. PITTMAN                                    /S/
Type or print name                              Signature

M

3

**NOTICE OF SETTLEMENT**