# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHERYL PICCIRILLI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE HOME DEPOT STORES, INC. and DOES 1 THROUGH 20,<br><br>　　　　Defendants. | Case No. EDCV11-01053 SJO (OPx)<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[Filed Concurrently with Stipulation to Dismiss Entire Action with Prejudice]<br><br>Complaint Filed: June 13, 2011<br>Trial Date:　　　June 19, 2012<br>Judge:　　　　　Hon. S. James Otero |

## ORDER AND DISMISSAL WITH PREJUDICE

On reading and filing the Joint Stipulation of the parties hereto for dismissal with prejudice of the entire action, and good cause appearing therefore,

IT IS HEREBY ORDERED that,

1. The Stipulation is approved; and
2. The Action is Dismissed **with** Prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

DATED: May 30, 2012　　　　　　　/s/ S. James Otero
　　　　　　　　　　　　　　　　HONORABLE S. JAMES OTERO
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

12240284.1 (OGLETREE)